FILED

12/27/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0661

FILED

DEC 2 7 2024

Bowen Greenwood
Clerk of Supreme Court
State of Montana

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## No. DA 24-0661

DOUGLAS W. BYRON, CAROL ANN BYRON, DENNIS D. BYRON, CINDY BYRON, MARK GOLDADE, LELAND GOULET, DOUGLAS R. KIRKPATRICK, GERI KIRKPATRICK, MITCHELL FAMILY REVOCABLE TRUST dated 9/11/208, PIERCE J. SCHMAUS, BARBARA A. SCHMAUS, CRAIG SICKLER, MICHELLE SICKLER, and MURRAY VESTER,

Plaintiffs and Appellees,

v.

RAINBOW ESTATES HOMEOWNERS' ASSOCIATION, INC., MATTHEW G. TIEDJE, and TARA D. TIEDJE,

Defendants and Appellants.

## ORDER GRANTING EXTENSION OF TIME

On Appeal from the Montana Seventh Judicial District Court,
Dawson County Cause No. DV 24–28, The Honorable Yvonne Laird, Presiding

Having considered Appellants Matthew G. Tiedje's and Tara D. Tiedje's request for an extension of time to and including January 31, 2025, in which to prepare, serve, and file their Opening Brief, and good cause appearing:

IT IS HEREBY ORDERED that Appellants' Brief is due January 31, 2025.

**ELECTRONICALLY SIGNED AND DATED BELOW**